UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff | )<br>) |
| v. | ) |
| SUNRISE DEVELOPMENT, INC.<br>A/K/A SUNRISE ASSISTED<br>LIVING DEVELOPMENT; SUNRISE<br>ASSISTED LIVING MANAGEMENT,<br>INC., D/B/A SUNRISE OF WAYLAND,<br>METROPOLITAN/WAYLAND SENIOR<br>HOUSING, LLC<br>    Defendants | )<br>)<br>)  C.A. NO.: 05CV10579-NG<br>)<br>)<br>)<br>)<br>) |

FILED IN CLERKS OFFICE
2005 MAR 28 P 3: 05
US DISTRICT COURT
DISTRICT OF MASS

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, SUNRISE DEVELOPMENT, INC., A/K/A SUNRISE ASSISTED LIVING DEVELOPMENT, SUNRISE ASSISTED LIVING MANAGEMENT, INC., D/B/A SUNRISE OF WAYLAND, AND METROPOLITAN/WAYLAND SENIOR HOUSING, LLC

Pursuant to Local Rule 7.3, the defendants provided the following Corporate Disclosure Statement:

1. Defendant, Sunrise Development, Inc. is incorporated under the laws of Virginia and is owned by Sunrise Senior Living, Inc., a publicly traded company;

2. Defendant, Sunrise Assisted Living Management (f/k/a Sunrise Senior Living, Inc.) is incorporated under the laws of Virginia, and is owned by Sunrise Senior Living, Inc., a publicly traded company;

3. Defendant, Sunrise Assisted Living Development is not a corporate entity;

4. Defendant Metropolitan/Wayland Senior Housing, Inc. is incorporated under the laws of Delaware with a principal place of business in Virginia.

1

1133669v1

THE DEFENDANTS,
By their attorney,

_____
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: _____


## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **CORPORATE DISCLOSURE STATEMENT, SUNRISE DEVELOPMENT, INC., A/K/A SUNRISE ASSISTED LIVING DEVELOPMENT, SUNRISE ASSISTED LIVING MANAGEMENT, INC., D/B/A SUNRISE OF WAYLAND METROPOLITAN/WAYLAND SENIOR HOUSING, LLC** to all counsel of record in this action by mailing the same, postage prepaid to:

David J. Hoey, BBO #628619
LAW OFFICE OF DAVID J. HOEY, P.C.
350 Park Street, Suite 205
North Reading, MA 01864
(978) 664-3633

Date: _____        Attorney: _____

1133669v1