UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff<br><br>v.<br><br>SUNRISE DEVELOPMENT, INC.<br>A/K/A SUNRISE ASSISTED<br>LIVING DEVELOPMENT; SUNRISE<br>ASSISTED LIVING MANAGEMENT,<br>INC., D/B/A SUNRISE OF WAYLAND,<br>METROPOLITAN/WAYLAND SENIOR<br>HOUSING, LLC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO.: 05-CV-10579-NG |

## UNIFORM COUNSEL CERTIFICATION FOR CIVIL CASES

I am attorney-of-record for defendant, Metropolitan/Wayland Senior Housing, LLC, in the above-entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: "...Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent...," I hereby certify that I have complied with this requirement.

THE DEFENDANT,
METROPOLITAN/WAYLAND SENIOR HOUSING, LLC
By its attorney,

_____
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: 4-21-05

1

1138491v1

## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **UNIFORM COUNSEL CERTIFICATION FOR CIVIL CASES** to all counsel of record in this action by mailing the same, postage prepaid to:

David J. Hoey, BBO #628619
LAW OFFICE OF DAVID J. HOEY, P.C.
350 Park Street, Suite 205
North Reading, MA 01864
(978) 664-3633

Date: 4-21-05            Attorney: [signature]

2

1138491v1