TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT) — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. 05-00790-F

..........MIDDLESEX.........., ss
[seal]

05cv10579

..........JANE DOE.........., Plaintiff(s)

v.

..........SUNRISE DEVELOPMENT, INC.......... Defendant(s)

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUN 10 2005
Edward J. Sullivan
CLERK

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ..David Hoey, 350 Park Street, North Reading, MA 01864.. plaintiff's attorney, whose address is .............................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ..40 Thorndike St. Cambridge, Mass.......... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ~~~~~~~~, Esquire, at ..Cambridge, MA..........
the ..........9th.......... day of ..........March..........
.........., in the year of our Lord ..2005...

*Edward J. Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

June 6, 2005
I hereby certify and return that on 6/3/2005 at 2:55PM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to Y.Concepcion, agent and person in charge at the time of service for Sunrise Developent, Inc., at , 101 Federal Street, C/O CT Corporation Systems Boston, MA 02108. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00

                                                            /s/ John Cotter
                                                            Deputy Sheriff

Deputy Sheriff    John Cotter

**N.B. TO PROCESS SERVER:**
  PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
  ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

                    (                                               )
                    (                                          , .…)
                    (                                               )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ...... ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. ............................., Plff.

v.

............................., Deft.

SUMMONS
(Mass. R. Civ. P. 4)