TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT) — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX , ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 05-00790-F

JANE DOE , Plaintiff(s)

05cv10579

v.

SUNRISE ASSISTED LIVING MANAGEMENT, INC. , Defendant(s)

### SUMMONS

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUN 1 0 2005
Edward J. Sullivan
CLERK

To the above-named Defendant:

You are hereby summoned and required to serve upon David T. Hoey plaintiff's attorney, whose address is 350 Park Street, North Reading, MA 01864, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike St., Cambridge, MASS either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness **Barbara J. Rouse**, Esquire, at Cambridge, MA the 9th day of March, in the year of our Lord 2005.

Edward J. Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. ............

............................................., Plff.

v.

............................................., Deft.

**SUMMONS**
(Mass. R. Civ. P. 4)

( ........................... )
( ........................... )
( ........................... )

**N.B. TO PROCESS SERVER:**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

Dated: .................................................................................



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

```
June 6, 2005
I hereby certify and return that on 6/3/2005 at  2:05PM I served a true and
attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this
action in the following manner: To wit, by delivering in hand to Y.Concepcion,
agent and person in charge at the time of service for Sunrise Assisted Living
Management, Inc, at ,  101 Federal Street,  C/O CT Corporation Systems Boston, MA
02108. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies
($5.00) Total Charges $36.00
```

Deputy Sheriff   John Cotter                                    _____
                                                                       Deputy Sheriff