UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>  Plaintiff | )<br>) |
| v. | ) |
| SUNRISE DEVELOPMENT, INC.<br>A/K/A SUNRISE ASSISTED<br>LIVING DEVELOPMENT; SUNRISE<br>ASSISTED LIVING MANAGEMENT,<br>INC., D/B/A SUNRISE OF WAYLAND,<br>METROPOLITAN/WAYLAND SENIOR<br>HOUSING, LLC<br>  Defendants | )<br>)<br>) C.A. NO.: 05-CV-10579NG<br>)<br>)<br>)<br>)<br>) |

**AMENDED ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT**

**FIRST DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

**GENERAL ALLEGATIONS**

1. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

2. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

3. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

4. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

5. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

6.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

7.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

8.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

## COUNT I
## NEGLIGENCE

9.   The defendants repeat paragraphs 1 through 8 of this answer in the same manner and fashion as if expressly set forth herein.

10.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

11.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

12.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

13.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

14.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

15.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

16.   The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

17.   The allegations of this paragraph are denied.

1161840v1

18. The allegations of this paragraph are denied.

19. The allegations of this paragraph are denied.

20. The allegations of this paragraph are denied.

21. The allegations of this paragraph are denied.

22. The allegations of this paragraph are denied.

23. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

24. The allegations of this paragraph are denied.

## COUNT II
## VIOLATION OF REGULATIONS

25. The defendants repeat paragraphs 1 through 24 of this answer in the same manner and fashion as if expressly set forth in herein.

26. The allegations of this paragraph are denied.

27. The allegations of this paragraph are denied.

28. The allegations of this paragraph are denied.

## COUNT III
## BREACH OF CONTRACT

29. The defendants repeat paragraphs 1 through 28 of this answer in the same manner and fashion as if expressly set forth in herein.

30. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

31. The allegations of this paragraph are denied.

32. The allegations of this paragraph are denied.

33. The allegations of this paragraph are denied.

34. The allegations of this paragraph are denied.

1161840v1

## COUNT IV
## CONSUMER PROTECTION ACT VIOLATION – G.L. Ch. 93A

35.     The defendants realleges and incorporates herein paragraphs 1 through 34 of this answer.

36.     The allegations of this paragraph are denied.

37.     The allegations of this paragraph are denied.

38.     The allegations of this paragraph are denied.

39.     The allegations of this paragraph are denied.

40.     The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

41.     The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

42.     The allegations of this paragraph are admitted.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Defendant says that the action is barred by the applicable statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

The Defendant says that the injuries allegedly sustained by the Plaintiff resulted from dangers the risk of which the Plaintiff assumed and, therefore, the Plaintiff cannot recover.

### THIRD AFFIRMATIVE DEFENSE

The Defendant says that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendants were not and are not legally responsible.

1161840v1

## FOURTH AFFIRMATIVE DEFENSE

The Defendant says that the negligence of the Plaintiff was greater than the alleged negligence of the Defendant and that such negligence of the Plaintiff contributed to her alleged injury and, therefore, the Plaintiff is barred from recovery under M.G.L. c. 231, section 85.

## FIFTH AFFIRMATIVE DEFENSE

The Defendant says that the Plaintiff was guilty of contributory negligence and that the damages, if any, recovered by the Plaintiff from the Defendant should be reduced in proportion to the said negligence of the Plaintiff in accordance with M.G.L., c. 231, section 85.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's complaint should be dismissed as the complaint misnames the defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The plaintiff's complaint should be dismissed as the plaintiff has failed to satisfy the procedural pre-requisite of Mass. Gen. Laws c. 93A.

## EIGHTH AFFIRMATIVE DEFENSE

Service of process is insufficient.

## NINTH AFFIRMATIVE DEFENSES

The defendant made a written tender of settlement which was rejected by the claimant and, therefore, any recovery in the present action must be limited to the release tendered pursuant to M.G.L. c. 93A, §9.

## TENTH AFFIRMATIVE DEFENSE

This Court lacks personal jurisdiction over the defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred by an accord and satisfaction.

## TWELFTH AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred by the doctrines of laches, estoppel and waiver.

1161840v1

## THIRTEENTH AFFIRMATIVE DEFENSE

The plaintiff released all claims.

## FOURTEENTH AFFIRMATIVE DEFENSE

The plaintiff lacks capacity to assert the present lawsuit.

## JURY DEMAND

The defendants demand a trial by jury on all counts and issues.


THE DEFENDANTS,
SUNRISE DEVELOPMENT, INC.
A/K/A SUNRISE ASSISTED
LIVING DEVELOPMENT; SUNRISE
ASSISTED LIVING MANAGEMENT,
INC., D/B/A SUNRISE OF WAYLAND,
METROPOLITAN/WAYLAND SENIOR
HOUSING, LLC
By their attorney,



/s/joseph desmond
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:_____

## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **AMENDED ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT** to all counsel of record in this action by mailing the same, postage prepaid to:

David J. Hoey, BBO #628619
LAW OFFICE OF DAVID J. HOEY, P.C.
350 Park Street, Suite 205
North Reading, MA 01864
(978) 664-3633


Date:_____          Attorney:_____

1161840v1