UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, )<br>      Plaintiff                       )<br>v.                                      )<br>SUNRISE DEVELOPMENT, INC.      )<br>A/K/A SUNRISE ASSISTED           )<br>LIVING DEVELOPMENT; SUNRISE  )<br>ASSISTED LIVING MANAGEMENT,  )<br>INC., D/B/A SUNRISE OF WAYLAND, )<br>METROPOLITAN/WAYLAND SENIOR )<br>HOUSING, LLC                         )<br>      Defendants                    ) | C.A. NO.: 05-CV-10579NG |

**STIPULATION OF DISMISSAL**

     Pursuant to Mass. R. Civ. P. 41(a)(1)(ii) all parties in the above-entitled matter stipulate that it may be dismissed with prejudice and without costs.

| | |
|---|---|
| THE PLAINTIFF<br>JANE DOE<br>By her attorney, | THE DEFENDANTS,<br>SUNRISE DEVELOPMENT, INC.<br>A/K/A SUNRISE ASSISTED<br>LIVING DEVELOPMENT; SUNRISE<br>ASSISTED LIVING MANAGEMENT,<br>INC., D/B/A SUNRISE OF WAYLAND,<br>METROPOLITAN/WAYLAND SENIOR<br>HOUSING, LLC<br>By their attorney, |
|    /s/David J. Hoey_____<br>David J. Hoey, BBO #628619<br>LAW OFFICE OF DAVID J. HOEY, P.C.<br>350 Park Street, Suite 205<br>North Reading, MA 01864<br>(978) 664-3633 |  /s/Joseph M. Desmond_____<br>Joseph M. Desmond, BBO #634883<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |
| Date:_____ | Date:_____ |

1164440v1

**CERTIFICATE OF SERVICE**

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **STIPULATION OF DISMISSAL** to all counsel of record in this action by mailing the same, postage prepaid to:

David J. Hoey, BBO #628619
LAW OFFICE OF DAVID J. HOEY, P.C.
350 Park Street, Suite 205
North Reading, MA 01864
(978) 664-3633


Date:__12/21/05_____        Attorney:_____/s/Joseph M. Desmond

1164440v1